IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EDWARD HERNANDEZ,

         Plaintiff,

        v.

ST. CHARLES HEALTH SYSTEMS,
a corporation; et al.

        Defendants.
_____

Civ. No. 6:17-cv-00971-JR

ORDER

MCSHANE, Judge:

Magistrate Judge Jolie A. Russo filed a Findings and Recommendation (ECF No. 33), and the matter is now before this court. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72. Plaintiff filed objections to the Findings and Recommendation. Accordingly, I have reviewed the file of this case *de novo*. *See* 28 U.S.C. § 636(b)(1)(c); *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). I find no error and conclude the report is correct. Magistrate Judge Russo's Findings and Recommendation (ECF No. 33) is adopted. This action is dismissed.

IT IS SO ORDERED.

DATED this 4th day of April, 2018.

                             _____/s/ Michael J. McShane_____
                                  Michael McShane
                             United States District Judge

1 – ORDER